LIONEL C. SIMPSON PLUMBING AND HEATING COMPANY,
respondent,

*v.*

EDWARD GESCHKE, appellant.

[Submitted December 5th, 1910.   Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by
Vice-Chancellor Leaming, whose opinion is reported in *76 N. J.
Eq. (6 Buch.) 475.*

*Mr. Howard L. Miller,* for the respondent.

*Mr. Ralph W. E. Donges,* for the appellant.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in
the opinion of Vice-Chancellor Leaming.

*For reversal*—None.

# CASES

ADJUDGED IN

# THE COURT OF CHANCERY

OF

## THE STATE OF NEW JERSEY,

FEBRUARY TERM, 1911.

---

MAHLON PITNEY, CHANCELLOR.